UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rodney VALIDO MESA,<br><br>                          Petitioner,<br><br>v.<br><br>Christopher J. LaROSE, et al.,<br><br>                          Respondents. | Case No.: 26-cv-0489-AGS-KSC<br><br>**ORDER DENYING HABEAS PETITION (ECF 1)** |

Petitioner Rodney Valido Mesa seeks a writ of habeas corpus under 28 U.S.C. § 2241 to release him from immigration custody. At yesterday's hearing, the Court explained its reasoning for denying that habeas petition. At the end of the hearing, counsel asked for clarification about the statutory authority for Valido Mesa's current detention. Upon further consideration, the Court believes its oral response did not accurately reflect its ruling. For clarity's sake, petitioner is detained under the statutory authority of 8 U.S.C. § 1225(b)(1)(B)(ii), which mandates detention during "consideration of the application for asylum." Although the immigration judge denied asylum—and the Board of Immigration Appeals affirmed that denial—Valido Mesa appealed that ruling, and the BIA's order was stayed by the Ninth Circuit. (*See* ECF 12-1, at 7, 10.) Thus, "consideration of the application for asylum" is still ongoing, and Valido Mesa's detention remains statutorily mandated. See § 1225(b)(1)(B)(ii).

The habeas petition is **DENIED**. The Clerk will issue a judgment and close this case.

Dated:  March 4, 2026

_____
Hon. Andrew G. Schopler
United States District Judge